**Order filed February 14, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01168-CV
_____

### CHARLES KEENER SCRUGGS, Appellant

### V.

### HEATHER MAUDE LINN, Appellee

**On Appeal from the County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Cause No. 99FD2791**

# O R D E R

No reporter's record has been filed in this case. Lynnette "Bitty" Erskine, the official court reporter for County Court at Law No. 1, informed this court that appellant had not requested or made payment arrangements for preparation of the reporter's record. On January 18, 2013, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no response.

Accordingly, we order appellant to file a brief in this appeal on or before **March 15, 2013.** If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM